UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL C. ROSSER, JR.,

        Plaintiff,

    v.

FERNDALE SCHOOL DISTRICT NO. 502, *et al.*,

        Defendants.

CASE NO. 2:23-cv-01024-RSL

ORDER REGARDING SERVICE

    This matter comes before the Court on plaintiff's motions requesting service of summons by a U.S. Marshal. Dkt. # 6-8. Pursuant to Federal Rule of Civil Procedure 4(c)(1) and (m), "plaintiff is responsible for having the summons and complaint served" within 90 days of the filing of the complaint. Where, as here, plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. §1915, the Court must, at plaintiff's request, order that service be made by the United States Marshal Service under Rule 4(c)(3).

    The Court takes plaintiff's motions under advisement to allow time to attempt a more efficient and cost-effective method of service. Defendants have "a duty to avoid unnecessary expenses of serving the summons" and will be given an opportunity to waive service under Rule 4(d)(1). The Clerk of Court is therefore directed to send by first class mail the following documents to the defendants, c/o of their counsel of record: a copy of plaintiff's complaint, a copy of this Order, a copy of the Rule 4 notice and waiver request,

two copies of the waiver of service of summons form, and a prepaid means of returning the form. Defendants shall have thirty (30) days from the date on which the notice was sent to return the waiver of service of summons.

A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure.

The Clerk of Court is further directed to renote plaintiff's requests for service by the Marshal on the Court's calendar for Friday, December 22, 2023.

Dated this 15th day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER REGARDING SERVICE - 2