# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL C. ROSSER, JR., <br><br> Plaintiff, <br><br> v. <br><br> FERNDALE SCHOOL DISTRICT NO. 502, *et al.*, <br><br> Defendants. | CASE NO. 2:23-cv-01024-RSL <br><br> ORDER |

This matter comes before the Court on plaintiff's motions requesting service of summons by a U.S. Marshal. Dkt. # 6-8. The Court took plaintiff's motions under advisement to provide defendants an opportunity to waive service under Rule 4(d)(1). It appearing that all defendants have signed and returned a waiver of service form (Dkt. # 16, 17, and 18), the motions for service by U.S. Marshal are hereby DENIED as moot.

Dated this 22nd day of November, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1