UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL C. ROSSER, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FERNDALE SCHOOL DISTRICT NO. 502, *et al*.,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01024-RSL<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties, Dkt. # 29, this matter is DISMISSED without prejudice and without an award of costs or fees.

Dated this 10th day of December, 2024.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1